W. WEST ALLEN
Nevada Bar No. 5566
NIKKYA G. WILLIAMS
Nevada Bar No. 11484
LEWIS AND ROCA, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89109
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

*Attorneys for Plaintiff SWITCH, LTD.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MAINSTREAM ADVERTISING, a California business entity, <br><br> Defendant. | CASE NO. 2:13-cv-00781-MMD-PAL <br><br> **[PROPOSED] DEFAULT JUDGMENT, PERMANENT INJUNCTION AND ORDER** |

Plaintiff Switch, Ltd., having filed an application for entry of default judgment against Defendant Mainstream Advertising pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Clerk of the Court having entered Default against Defendant on June 4, 2013, and, this Court having now given due consideration to Plaintiff's application for such judgment as well as all papers, pleadings, and exhibits offered in support thereof by Plaintiff, the Court being further fully advised in the matter, it is therefore,

ORDERED, ADJUDGED and DECREED that Judgment be entered in favor of Plaintiff and against Defendant on all counts of Plaintiff's Complaint; and, it is further ordered and adjudged that said Judgment shall include the following specific findings of fact and awarding of specific relief:

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

Plaintiff is the owner of U.S. Registration No. 3,469,923, for the SUPERNAP mark, in the Supplemental Register and Application Serial No. 85/893,514, to register the SUPERNAP mark on the Principal Register;

Plaintiff has the exclusive right to use the SUPERNAP mark in connection with telecommunications and collocation services in the United States;

Defendant used the <supernap.com> domain name, which includes Plaintiff's SUPERNAP mark in its entirety, in an unfair effort to drive Plaintiff's growing Internet traffic to the <supernap.com> domain name in order to generate revenues for itself;

By using a domain name containing Switch's trademark, Defendants was and is attempting to trade on Switch's goodwill, is creating an association between its services and Plaintiff, and is attempting to frustrate or divert Internet traffic intended for Plaintiff;

Defendant's use of the SUPERNAP mark in the <supernap.com> domain name and on the associated website is likely to cause confusion as to the source and origin of Defendant's services;

Should Defendant's use of marks identical or confusingly similar to the SUPERNAP mark continue, Plaintiff will continue to suffer irreparable injury to the goodwill and reputation it has established in the SUPERNAP mark for which an award of damages would be inadequate; and

Defendant is liable for trademark infringement, unfair competition, and common law trademark infringement.

THEREFORE, IT IS HEREBY ORDERED that Defendant and its agents, servants, employees and/or all persons acting in concert or participation with Defendant are hereby permanently enjoined from:

1.   Using the SUPERNAP mark or any confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs in commerce (including, but not limited to, on any website or within hidden text or metatags contained on or within any website, including the <supernap.com> website); and

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

3455493.1

2. Registering or trafficking in any domain name containing the SUPERNAP mark or any confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs; and it is further

ORDERED that Defendant and its agents, servants, employees and/or all persons acting in concert or participation with Defendant are permanently enjoined from using the <supernap.com> domain name or any other variation of the SUPERNAP mark used in any letter string in any domain name; and it is further

ORDERED that the registration for <supernap.com> domain name be forfeited and permanently transferred by its current registrar to Plaintiff SWITCH, LTD.; and it is further

ORDERED that the current registrar and/or the ".com" registry shall effectuate the domain name transfer, permanently transferring the registration on the <supernap.com> domain name to Plaintiff SWITCH, LTD.; and it is further

ORDERED that Defendant pay Plaintiff's reasonable attorneys' fees and costs; and it is further

ORDERED that jurisdiction of this case shall be retained by this Court for the purpose of enforcing this Judgment.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 6, 2013