UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MAINSTREAM ADVERTISING, a California business entity,<br><br>Defendants. | Case No. 2:13-cv-00781-MMD-PAL<br><br>ORDER |

Before the Court is Plaintiff Switch, Ltd.'s Motion for Leave to File Under Seal. (Dkt. no. 18.)  The Motion seeks leave to file under seal an exhibit to the Declaration of W. West Allen ("Declaration") offered in support of Plaintiff's request for attorneys' fees. Plaintiff has filed the Declaration as well as the exhibit to the Declaration under seal.

The party seeking to seal bears the burden of overcoming the "strong presumption in favor of access" by meeting the "compelling reasons" standard. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).  Exhibit A attached to the Declaration contains detailed information about the nature of the work performed and tasks performed so as to be protected under the attorney-client privilege and work product doctrine. The Court finds that compelling reasons exist to seal Exhibit A. In contrast, the Declaration contains general information about Mr. Allen's involvement in the case, the reasonableness of the attorneys' fees requested and billing rates for counsel working on the case. The Court finds such general information, including specific billing rates, are not the type of information worthy of sealing.

It is therefore ordered that the Motion for Leave to File Under Seal (dkt. no. 18) is granted in part and denied in part.  It is granted with respect to Exhibit A, which may be filed under seal.  It is denied with respect to Mr. West's Declaration.

The Clerk is directed to unseal Mr. West's Declaration.

DATED THIS 24th day of October 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE