W. WEST ALLEN
Nevada Bar No. 5566
NIKKYA G. WILLIAMS
Nevada Bar No. 11484
LEWIS AND ROCA, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89109
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

*Attorneys for Plaintiff SWITCH, LTD.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MAINSTREAM ADVERTISING, a California business entity,<br><br>Defendant. | CASE NO. 2:13-cv-00781-MMD-PAL<br><br>**ORDER RE PLAINTIFF SWITCH, LTD.'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

Presently before the Court is Plaintiff Switch, Ltd.'s Motion for Attorneys' Fees and Costs setting forth in detail the specific amount of fees it has incurred in this action (Docket # 16.) Previously, this Court has entered a Default Judgment, Permanent Injhunciton and Order against Defendant Mainstream Advertising requiring, among other things, for Defendant to pay Plaintiff's reasonable attorneys' fees and costs. (Docket # 14.)

Upon consideration of the filed briefs in compliance with LR 54-16, including supporting memoranda of points and authorities, pleadings that set forth the basis for attorneys' fees pursuant to 15 U.S.C. § 1117, the record in this case and argument of counsel, the Court hereby orders as follows:

This Court enters an award of attorneys' fees in favor of Plaintiff in the amount of Twenty-Three Thousand Three Hundred Seventy-Six dollars and zero cents ($23,376.00) and an award of Nine Hundred Six dollars and Forty cents ($906.40), for taxable costs and Twelve dollars and Fifty-Two cents ($12.52) for non-taxable costs incurred by Plaintiff in the instant matter, making the total awarded to Plaintiff Twenty-Four Thousand Two Hundred Ninety-Four dollars and Ninety-Two cents ($24,294.92) in attorneys' fees and costs.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 24, 2013

Respectfully submitted,

By: _/s/ W. West Allen_
W. WEST ALLEN
Nevada Bar No. 5566
LEWIS AND ROCA
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89109
Telephone:  (702) 949-8200
Facsimile:  (702) 949-8398

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

3455493.1