AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Switch, Ltd.,

Plaintiff,

V.

Mainstream Advertising,

Defendant.

Attorney Fees

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00781-MMD-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that attorney fees are granted in favor of Plaintiff Switch, Ltd. and against Defendant Mainstream Advertising in the amount of $23,376.00 and an award of $906.40, for taxable costs and $12.52 for non-taxable costs incurred by Plaintiff in the instant matter, for a total of $24,294.92 in attorneys' fees and costs.

October 25, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk